Charles M. Lizza
William C. Baton
Saul Ewing LLP
The Legal Center
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Jazz Pharmaceuticals, Inc.*

Mark S. Olinsky
Theodora McCormick
Sills Cummis & Gross P.C.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

*Attorneys for Defendant*
*Roxane Laboratories, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 11-660 (SDW)(MCA) <br><br> Hon. Susan D Wigenton, U.S.D.J. <br> Hon. Madeline C. Arleo, U.S.M.J. <br><br> **JOINT REQUEST AND ORDER FOR CONSOLIDATION WITH <u>CIVIL ACTION No. 10-6108</u>** <br><br> **(Filed Electronically)** |

WHEREAS, Plaintiff Jazz Pharmaceuticals, Inc. ("Jazz Pharmaceuticals") initiated this action, Civil Action No. 11-660 (SDW)(MCA), alleging infringement of United States Patent Nos. 7,851,506 and 6,472,431 by Defendant Roxane Laboratories, Inc.'s ("Roxane") submission of Abbreviated New Drug Application No. 202-090 to the U.S. Food and Drug Administration for approval to market a 500 mg/ml sodium oxybate oral solution;

WHEREAS, this cause of action is substantially similar to the litigation initiated by Jazz Pharmaceuticals captioned *Jazz Pharmaceuticals, Inc. v. Roxane Laboratories, Inc.*, Civil Action No. 10-6108 (SDW)(MCA), which is also before this Court and concerns United States Patent Nos. 6,780,889, 7,262,219, 7,668,730, 7,765,106, and 7,765,107;

WHEREAS, the parties in this action and Civil Action No. 10-6108 are the same, and the parties have agreed to the consolidation of these actions;

WHEREAS, good cause exists to consolidate this action with Civil Action No. 10-6108;

WHEREFORE, Jazz Pharmaceuticals and Roxane, by their attorneys, respectfully request that this Court consolidate this action, Civil Action No. 11-660, with Civil Action No. 10-6108 and that all of the papers be maintained in Civil Action No. 10-6108.

Dated: April 5, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: s/ Charles M. Lizza<br>　　Charles M. Lizza<br>　　William C. Baton<br>　　Saul Ewing LLP<br>　　The Legal Center<br>　　One Riverfront Plaza, Suite 1520<br>　　Newark, New Jersey 07102-5426<br>　　(973) 286-6700<br>　　clizza@saul.com<br><br>　　OF COUNSEL:<br><br>　　F. Dominic Cerrito<br>　　Daniel L. Malone<br>　　Jones Day<br>　　222 East 41st Street<br>　　New York, New York  10017-6702<br>　　(212) 326-3939<br><br>　　Richard G. Greco<br>　　Richard G. Greco PC<br>　　90 State Street, Suite 700<br>　　Albany, New York  12207<br>　　(212) 203-7625<br><br>　　*Attorneys for Plaintiff*<br>　　*Jazz Pharmaceuticals, Inc.* | By: s/ Mark S. Olinsky<br>　　Mark S. Olinsky<br>　　Theodora McCormick<br>　　Sills Cummis & Gross P.C.<br>　　The Legal Center<br>　　One Riverfront Plaza<br>　　Newark, New Jersey 07102<br>　　(973) 643-7000<br>　　molinsky@sillscummis.com<br><br>　　Alan B. Clement<br>　　Andrea L. Wayda<br>　　Peter H. Noh<br>　　Locke Lord Bissell & Liddell LLP<br>　　3 World Financial Center<br>　　New York, New York 10281<br>　　(212) 415-8600<br><br>　　Scott B. Feder<br>　　Myoka Kim Goodin<br>　　Locke Lord Bissell & Liddell LLP<br>　　111 South Wacker Drive<br>　　Chicago, Illinois  60622<br>　　(312) 443-0700<br><br>　　*Attorneys for Defendant*<br>　　*Roxane Laboratories, Inc.* |

Dated: 6 April 11

**SO ORDERED:**

_____
HONORABLE MADELINE C. ARLEO
UNITED STATES MAGISTRATE JUDGE